IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS A. HICKS, | |
| Petitioner, | **8:21CV411** |
| vs. | |
| SCOTT FRAKES, | **ORDER** |
| Respondent. | |

On April 19, 2022, Petitioner filed a motion (filing 11) seeking to include additional records in Respondent's Designation of State Court Records in Support of Answer (filing 8). Specifically, Petitioner requested that his Motion for Extension and Motion for Reinstatement of Petition for Further Review filed in the Nebraska appellate courts be included in the Designation. On April 21, 2022, Respondent filed a Supplemental Designation of State Court Records in Support of Answer that included the two documents requested by Petitioner. (Filing 12.) Petitioner has since filed his Brief in response to Respondent's Answer and Brief. (Filing 13.) Accordingly,

IT IS ORDERED that:

1. Petitioner's motion for additional records (filing 11) is denied as moot. Respondent already has provided the documents requested.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **May 27, 2022**: Respondent's reply brief due.

Dated this 3rd day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge