IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRIS A. HICKS,

                Petitioner,

    vs.

ROB JEFFREYS, Director of the Nebraska
Department of Correctional Services;

                Respondent.

**8:21CV411**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Motion for Status Conference in which Petitioner asks the Court to schedule a status conference to "[o]btain a clear update on the current status of the petition," "[d]iscuss the reasons for the significant delay in ruling," "[e]stablish a timeline for future proceedings or actions necessary to resolve the petition," and "[a]ddress any procedural or substantive issues that may be causing delays." Filing No. 28. Upon consideration, Petitioner's Motion is granted to the extent that this order will advise him of the status of this case, but the Motion is denied to the extent Petitioner requests the Court to schedule a status conference hearing.

Petitioner is advised that the Court is in receipt of all of the parties' briefing, including Petitioner's supplemental brief, and the merits of his habeas petition are fully submitted and are under consideration by the Court. While the Court understands Petitioner's apparent frustration with the length of time a resolution on his petition has taken, the Court assures Petitioner that the Court will carefully consider the claims in the Petition and render a decision in due course.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Status Conference, Filing No. 28, is granted to the extent set forth in this Memorandum and Order. Petitioner is advised that the merits of his habeas Petition are fully submitted and are under consideration by the Court.  The Court will issue a ruling on Petitioner's petition in due course.

Dated this 31st day of March, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge