IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS A. HICKS,<br><br>    Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Director of the Nebraska<br>Department of Correctional Services;<br><br>    Respondent. | **8:21CV411**<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. Filing No. 36. Petitioner filed a Notice of Appeal, Filing No. 33, on April 22, 2026. Petitioner appeals from the Court's Memorandum and Order and Judgment dated March 31, 2026. Filing Nos. 31 & 32. Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the Court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis, Filing No. 36, is granted.

Dated this 27th day of April, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge